# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Jose Antonio SIMON-Garcia**<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)        L-18-PO62353<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 05, 2018** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by an immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Jose Antonio SIMON-Garcia, who admitted being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on July 5, 2018.

☐ Continued on the attached sheet.

/S/
*Complainant's signature*

Jeffrey M. Dorne, Border Patrol Agent
*Printed name and title*

Affiant Jeffrey M. Dorne
sworn and attested
on July 8, 2018, at 4:08 PM,
at Laredo, Texas.

*Diana Song Quiroga* (signature)
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE